IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. BAISA,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G.D. LEWIS, Warden,<br><br>　　　　Respondent. | No. C 11-3525 LHK (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL EXHIBIT |

Petitioner, a California state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On September 19, 2011, the Court issued an order to Respondent to show cause why the petition should not be granted. Respondent has filed an answer. Although given an opportunity, Petitioner has not filed a traverse. Upon review of the pleadings, the Court has determined that a complete copy of the transcript from Petitioner's plea hearing, held on November 14, 2003, would assist in the Court's disposition of the petition. Thus, Respondent is directed to file such copy with the Court no later than March 8, 2013, and serve Petitioner with the same.

　　　IT IS SO ORDERED.

DATED:   3/4/13

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order Directing Respondent to File Supplemental Exhibit
G:\PRO-SE\SJ.LHK\HC.11\Baisa525suppexh.wpd